In the matter of the estate of JAMES PETTIGREW, deceased.

[Decided September 27th, 1934.]

*Mr. Walter E. Cooper*, proctor for exceptant.

*Messrs. Hart & Vanderwart*, proctors with Minnie H. Van Ness, legatee.

*Mr. Edward F. Merrey*, for the executors.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Lewis, and reported in *115 N. J. Eq. 401*.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.